1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Debra Langlois,                          NO. C 04-04315 JW

11              Plaintiff(s),          **ORDER CONTINUING CASE
                                        MANAGEMENT CONFERENCE**
        v.
12
     Ronald Lynn Postelle, et al.,
13
              Defendant(s).
14   _____/

15       Based upon the failure of the parties to timely file a joint case management conference

16   statement pursuant to Local Rule 16-9, the Court vacates the July 25, 2005 case management

17   conference for the above-entitled matter.  The Court continues the conference to Monday, September

18   12, 2005 at 10:00 a.m.  The parties shall meet and confer, and file a joint case management conference

19   statement no later than August 30, 2005.

20

21   Dated: July 20, 2005                      /s/ James Ware
                                               JAMES WARE
22                                             United States District Judge

23

24

25

26

27

28

*United States District Court*
For the Northern District of California

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Fernando V. Hernandez fvhlaw@pacbell.net
   Mark Vincent Boennighausen mvb@hoganlaw.com
3  Thomas R. Hogan trh@hoganlaw.com

4

5  USBC Manager-San Jose
   US Bankruptcy Court
   280 South First Street
6  Room 3035
   San Jose, CA 95113

7

8  Arthur S. Weissbrodt
   U.S. Bankruptcy Court
   280 South First Street
9  Room 3035
   San Jose, CA 95113

10

11  Carol J. Bassoni
    Law Offices of Carol J. Bassoni
    12 S 1st Street #408
12  San Jose, Ca 95113

13

14

    **Dated: July 20, 2005**                          **Richard W. Wieking, Clerk**
15

16                                                      **By: /jwchambers/**
                                                          **Ronald L. Davis**
17                                                        **Courtroom Deputy**

18

19

20

21

22

23

24

25

26

27

28